Case 2:12-cv-05088-E

1 | The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
2 | 8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
3 | (562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
4 | E-mail: tracey@disabilitylawfirm.com

5 | Attorney for Plaintiff

```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              JUL 26 2013

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                    DEPUTY
```

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | WESTERN DIVISION

11 | JAMES JOHNSTON, II,                ) CIVIL NO. CV 12-5088-E

12 |         Plaintiff,                  ) [~~PROPOSED~~] ORDER AWARDING
                                         ) EQUAL ACCESS TO JUSTICE ACT
13 |         v.                          ) ATTORNEY FEES PURSUANT TO
                                         ) 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN,                  )
    Commissioner of Social Security,     )
15 |                                     )
                                         )
16 |         Defendant.                  )
    _____ )

17

18 |         Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19 | Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND FOUR

20 | HUNDRED and FIFTY DOLLARS ($3,450.00), as authorized by 28 U.S.C. § 2412(d), be

21 | awarded subject to the terms of the Stipulation.

22

23

24 | Dated: _7/26/13_

25 | CHARLES F. EICK
    UNITED STATES MAGISTRATE JUDGE

26

27

28