The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JAMES JOHNSTON, II,

  Plaintiff,

  v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

  Defendant.

) CIVIL NO. CV 12-5088-E
)
) [PROPOSED] ORDER AWARDING
) EQUAL ACCESS TO JUSTICE ACT
) ATTORNEY FEES PURSUANT TO
) 28 U.S.C. § 2412(d)
)
)
)
)
)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND FOUR HUNDRED and FIFTY DOLLARS ($3,450.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: 7/26/13

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE